BEFORE THE FIRST DIVISION, JUNE 28, 1957

**No. 60963.**—Manca, Inc. *v.* United States, protest 280646–K (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of a lamp housing to be attached to a copying device and is properly classified as other articles, not specially provided for, not plated with gold lacquer, the claim of the plaintiff was sustained.